An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

LN MANAGEMENT LLC SERIES 9481
GREEN VINEYARD,
Appellant,
vs.
GREEN TREE SERVICING, LLC,
Respondent.

No. 65835

**FILED**

DEC 0 8 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER OF REVERSAL AND REMAND

The parties have stipulated that the appealed-from order should be reversed in light of this court's opinion in *SFR Investments Pool 1, LLC v. U.S. Bank, N.A.*, 130 Nev. ___, 334 P.3d 408 (2014). We hereby approve the stipulation and

REVERSE the order granting the motion to dismiss AND REMAND this matter to the district court for further proceedings consistent with this order.[1]

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

---

[1]The temporary injunction imposed by our September 30, 2014, order is vacated.

14-39768

cc: Hon. Valorie J. Vega, District Judge
   Kerry P. Faughnan
   Brooks Hubley LLP
   Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A